We have considered all of the bills in this case and do not deem the others need discussion.

The judgment of the trial court is affirmed.

### ANTOINE v. STATE.
### No. 25248.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No Attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Negligent homicide is the offense; the punishment, one year in jail.

Accompanying the record is an affidavit in proper form executed by appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.

Opinion approved by the court.